United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 21, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10587
Conference Calendar

_____

ALVIN O'NEAL DAVIS, JR.,

Petitioner-Appellant,

versus

COLE JETER, Warden,
Federal Medical Center, Fort Worth,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CV-207
--------------------

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Alvin O'Neal Davis, Jr., federal prisoner # 25217-177, was
convicted in 2000 of possessing with intent to distribute crack
cocaine, for which he was sentenced to 155 months in prison.
He appeals the district court's dismissal of his 28 U.S.C. § 2241
habeas corpus petition, arguing that his sentence was illegal
because it was based on facts not submitted to the jury and
proved beyond a reasonable doubt, in violation of United States
v. Booker, 543 U.S. 220 (2005), and Blakely v. Washington, 542

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. 296 (2004).  Davis argues that his claims should be allowed to proceed under the savings clause of 28 U.S.C. § 2255.  Davis's argument is unavailing in light of this court's decision in Padilla v. United States, 416 F.3d 424, 426-27 (5th Cir. 2005).

AFFIRMED.